decided against certification. We may have weighed the issues differently. But, "[e]ven if we would have certified a class, that does not mean the district court abused its discretion in declining to do so." *Cooper v. Southern Co.,* 390 F.3d 695, 711 (11th Cir.2004) (citations omitted).

We need not consider whether the district court properly determined that the proposed representatives of the Count I class were inadequate. Because the district court acted within its discretion in finding that the requirements of Rule 23(b)(3) were not met, the court did not err in denying class certification under that rule, regardless of the adequacy of the Count I class representatives.

AFFIRMED.

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Ronald Ray Jordan, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Jordan's supervised release and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Ray JORDAN, a.k.a. Apple Head Ron, Defendant–Appellant.**

No. 09–12532
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 4, 2009.

Ronald Ray Jordan, Coleman, FL, pro se.

Peggy Morris Ronca, Orlando, FL, for Defendant–Appellant.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Yoni HIDALGO–CALDERON, Defendant–Appellant.**

No. 09–12214
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 4, 2009.

Yoni Hidalgo–Calderon, Beaumont, TX, pro se.